MARC J. HELD*

PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY

MATTHEW R. GROSSO
EDWARD S. MILLER
URI NAZRYAN

OF COUNSEL
SHERRY D. DANZIG



**HELD & HINES LLP**
ATTORNEYS AT LAW

July 28, 2020

**Via ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *A.K. v. Annucci, et al.*
             17 Civ. 00769 (PMH)

Your Honor:

      This office represents the plaintiff in the above-entitled action. I write on behalf of the parties to advise the Court that the parties have reached a settlement in principal to fully resolve this matter on behalf of all defendants.

      Accordingly, the parties respectfully request that they be afforded thirty (30) days to consummate the settlement.

      Thank you in advance for your time and attention to this request.

                  Respectfully submitted,

                  HELD & HINES, LLP


                  _____*/s/ Philip Hines*_____
                    Philip M. Hines


cc:  Neil Shevlin (by ECF)
     Dennis B. Schlenker (by ECF)

370 LEXINGTON AVENUE, SUITE 800
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

2004 RALPH AVENUE
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768